# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO AMBROCIO GARCIA,<br><br>                              Petitioner,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>                              Respondents. | Case No. 25-cv-03319-BAS-DEB<br><br>**ORDER:**<br><br>**(1)  GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1); AND**<br><br>**(2)  GRANTING MOTION FOR INJUNCTIVE RELIEF (ECF No. 2)** |

Petitioner Jose Antonio Ambrocio Garcia filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No 1.)  He also filed a Motion for Injunctive Relief. (ECF No 2.)  After the Petition and Motion were fully briefed, the Court held a hearing on the Petition.

For the reasons expressed at the hearing, the Court **GRANTS** the Petition and the Motion.  Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future.  Accordingly, the Court issues the following writ:

25cv3319

The Court **ORDERS** Respondents to immediately release Petitioner Jose Antonio Ambrocio Garcia from custody under the same conditions of supervised release that existed before his detention.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

Respondents are **PROHIBITED** from removing Petitioner Jose Antonio Ambrocio Garcia without providing Petitioner and his counsel with notice of the country they plan to remove him to and an opportunity to be heard.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: December 19, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

25cv3319